IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAHLBERG McCREARY, INC., and MCCREARY MANUFACTURING CO., INC. | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION No. 4:17-cv-02917 |
| ARCH INSURANCE GROUP, INC., YORK RISK SERVICES GROUP, WORLEY CSD, and STEVE MAZEY | § § § § § | |
| *Defendants.* | § § | |

## AGREED ORDER

The Court has considered Defendant Arch Insurance Company's Motion to Compel Appraisal and Abate Proceedings Pending Completion of Appraisal ("the Motion"), as well as any arguments of counsel. The Court believes that the Motion should be granted in full, and therefore ORDERS that Plaintiffs' Wahlberg McCreary, Inc. and McCreary Manufacturing Co., Inc. and Defendant Arch Insurance Group, Inc. (collectively, the "Appraisal Parties") complete the appraisal process set out in the Arch insurance policy, within the following timelines:

| | |
|---|---|
| September 7, 2018 | The Appraisal Parties' appraisers shall confer regarding their estimates and whether an umpire will be necessary |
| September 14, 2018 | The Appraisal Parties shall advise the Court whether their appraisers have been able to agree upon an umpire, or whether they will need the Court to appoint an umpire |
| October 12, 2018 | If necessary, the Appraisal Parties' appraisers shall meet and confer with the umpire regarding their estimates |
| October 26, 2018 | Appraisal shall be completed |

It is further, ORDERED, the Appraisal Parties shall be allowed to use their designated experts in this case as their appointed appraisers and it shall not be required of the parties/appraisers to conduct a joint inspection of the property.

The Court further ORDERS that this lawsuit is abated until such time as the appraisal is complete. This abatement applies to all parties in this lawsuit. Accordingly, all proceedings and pending deadlines in this lawsuit, including the deadline to file dispositive motions and all other pretrial motions, are abated until such time as the appraisal is complete.

Signed this 31 day August, 2018.

_____
UNITED STATES DISTRICT JUDGE

Agreed:

*/s/ Wayne D. Collins*   *
WAYNE D. COLLINS
State Bar No. 00796384
wcollins@bartonlawgroup.com
ROBERT D. GREEN
Federal Bar No. 7684
State Bar No. 08368025
green@greentriallaw.com
DANIEL P. BARTON
Federal Bar No. 17748
State Bar No. 00789774
dbarton@bartonlawgroup.com
ROY J. ELIZONDO, III
State Bar No. 24036519
relizondo@GBTriallaw.com
HUNTER M. KLEIN
State Bar No. 24082117
klein@greentriallaw.com
**GREEN & BARTON**
1201 SHEPHERD DRIVE
HOUSTON, TEXAS 77007
713 227-4747 (*telephone*) | 713.621.5900 (*fax*)
**Counsel for Plaintiffs**

/s/ *Christopher H. Avery*
James N. Isbell
Attorney-In-Charge
State Bar No. 10431900
Southern District Bar No. 0450
charalson@thompsoncoe.com
Christopher H. Avery
State Bar No. 24069321
Southern District Bar No. 1048951
cavery@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
One Riverway, Suite 1400
Houston, Texas 77056
713.403.8210 (*telephone*) | 713. 403.8299 (*fax*)
***Counsel for Arch Insurance Group, Inc.***


*Robert M. Rosen*         *
Robert M. Rosen
Texas Bar No. 24060520
Southern District ID Number: 2647108
rrosen@pmmlaw.com
**PARSONS, MCENTIRE, MCCLEARY, PLLC**
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
214.237.4300 (*telephone*) | 214.237.4340 (*fax*)
***Counsel for Defendant***
***York Risk Services Group, Inc.***

* Signed by permission

3