IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAHLBERG MCCREARY, INC. and | § | |
| MCCREARY MANUFACTURING CO., | § | |
| INC. | § | |
|     *Plaintiffs* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-02917 |
| | § | |
| ARCH INSURANCE GROUP, INC. | § | |
| YORK RISK SERVICES GROUP, | § | |
| WORLEY CSD, STEVE MAZEY | § | |
| | § | |
|     *Defendants* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE GRAY H. MILLER:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Wahlberg McCreary, Inc. and McCreary Manufacturing Co., Inc. and Defendants Arch Insurance Group, Inc., Arch Insurance Company, York Risk Services Group, Inc., Worley CSD, and Steve Mazey (collectively, the "Parties") announce that the claims asserted in the above-referenced action have been resolved, and stipulate to the dismissal of any and all claims that were or could have been asserted between them in this action, with prejudice, and with the parties Parties bearing their own attorneys' fees and costs. Accordingly, the Parties ask that the Court enter an order dismissing with prejudice all claims between them in this action. The consent of all Parties that have appeared is indicated below by electronic signature.

Date:    November 8, 2018.

1

Respectfully submitted,


By: */s/ Wayne D. Collins*
      Robert D. Green
      green@greentriallaw.com
      State Bar No. 08368025
      Southern District Bar No. 7684
      Daniel P. Barton
      dbarton@bartonlawgroup.com
      State Bar No. 00789774
      Southern District Bar No. 11748
      Wayne D. Collins
      wcollins@bartonlawgroup.com
      State Bar No. 00796384
      Hunter M. Klein
      klein@greentriallaw.com
      State Bar No. 24082117
      Roy J. Elizondo, III
      relizondo@GBTTriallaw.com
      State Bar No. 24036519
      GREEN & BARTON
      1201 Shepherd Drive
      Houston, Texas 77007
      (713) 227-4747 – Telephone
      (713) 621-5900 – Fax

**ATTORNEYS FOR PLAINTIFFS
WAHLBERG MCCREARY, INC. AND
MCCREARY MANUFACTURING CO., INC.**


And,


By:    */s/ Christopher H. Avery* \*
      James N. Isbell, Attorney-In-Charge
      State Bar No. 10431900
      Southern District Bar No. 0450
      jisbell@thompsoncoe.com
      Christopher H. Avery
      Texas State Bar No. 24069321
      Southern District Bar No. 1048951
      cavery@thompsoncoe.com

2

THOMPSON COE COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Telecopy: (713) 403-8299

**ATTORNEYS FOR DEFENDANTS ARCH
INSURANCE GROUP, INC., ARCH
INSURANCE COMPANY, WORLEY CSD,
AND STEVE MAZEY**

*Signed by permission

And,

By: */s/ Robert M. Rosen*____ *_____
        Robert M. Rosen, Attorney-In-Charge
        rrosen@pmmlaw.com
        State Bar No. 24060520
        Southern District Bar No. 2647108
        PARSONS MCENTIRE MCCLEARY PLLC
        1700 Pacific Ave., Suite 4400
        Dallas, Texas 75201
        Tel. (214) 237-4300
        Fax (214) 237-4340

**ATTORNEYS FOR DEFENDANT YORK RISK
SERVICES GROUP, INC.**

*Signed by permission

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been served upon all known counsel of record via CM/ECF on this 8th day of November, 2018:

*/s/ Wayne D. Collins*
Wayne D. Collins

4

6466738v2
10601.046