# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| WAHLBERG MCCREARY, INC., *et al.*, | § | |
| *Plaintiffs*, | § § § | |
| v. | § | CIVIL ACTION H-17-2917 |
| ARCH INSURANCE GROUP, INC., *et al.*, | § § § | |
| *Defendants*. | § § | |

## ORDER

The joint stipulation of dismissal (Dkt. 26) is GRANTED. It is therefore ORDERED that any and all claims that were or could have been asserted between all parties in this action are DISMISSED with prejudice. All parties shall bear their own attorneys' fees and costs.

Signed at Houston, Texas on December 7, 2018.

_____
Gray H. Miller
United States District Judge